# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**DEBORAH L. BOARDMAN**
**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
(410) 962-7810
Fax: (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

February 3, 2020

RE: *Cooper v. Bozzuto & Associates, Inc., et al.*
No. DLB-19-3141

## LETTER ORDER

Dear Counsel and Ms. Cooper:

    Defendants have filed a motion to dismiss. ECF No. 14. The Case Management Order provides that preliminary motions cannot be filed in this case without leave of court "until consent is obtained from all parties or the case is reassigned to a District Judge, if consent from all parties is not obtained." ECF No. 9. The Court has not yet received consent from all parties to proceed before a magistrate judge, and the case has not been reassigned to a district judge. Accordingly, Defendants' motion IS STRICKEN for failure to comply with the Case Management Order, and Ms. Cooper shall not file a response.

    Although informal, this is an Order of the Court and shall be docketed as such. The Clerk shall mail a copy to Ms. Cooper.

/S/
Deborah L. Boardman
United States Magistrate Judge

lyb