# EXHIBIT 4

# Lease Recommendation

## Report Information

Transaction No. 0055780893

Property
11323
Anthem House
Baltimore MD 21230

Performed by VALLEN02

Performed on Wednesday July 3, 2019 / 17:18: 3 EST

Your community's decision for this transaction appears below based on your management company's established decision points for applicant approval to your community. Direct questions regarding these criteria to your management company.

## LEASE RECOMMENDATION

### Messages (7)

- Scanned by AppALERT.

- The VA statewide criminal search requested was not processed because VA is already included in the Multi-state search.

- Prior to making leasing decision, always check criminal results.

- MD Statewide criminal request for MARY HART has been received for processing.

- CrimSAFE search request received for processing.

- DC Statewide criminal request for MARY HART has been received for processing.

- This applicant has been screened through the MSSO Search. Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website. Results associated with this, will reflect on CrimSAFE report.

| SCORE RECOMMENDATION | Lease Agent Decision |
|---|---|
| DECLINE | The Agent Decision affects the entire transaction. |

Decision Message - Declined - does not presently qualify

CRIM RECOMMENDATION

ACCEPT

Approved

## Screening Details

### Applicant

#### Applicant Information

Applicant Name: MARY LEE HART

Monthly Income $1611

Phone 0000000000

Current Address
600 LIGHT 429, BALTIMORE MD 21230

SSN: ***-**-3158

DOB          1948

Email

Previous Address

#### Lease Information

Monthly Rent $2495

Total Income $1611/month

Bed Rooms 1

Marketing Source Bozzuto.com

Security Deposit $0

Lease Term 12 Months

Client Reference

#### Reports

The following services were used in this transaction:

SafeRent® Score Complete

Multi-state Criminal Search Suppressed

CrimSAFE - Search Report Accept

Statewide Criminal - Regional Level Not Processed

Credit Report Address Information

Experian Credit Complete

Statewide Criminal Search Suppressed

Statewide Criminal - Regional Level Suppressed

RegistryCHECK Complete

#### Letters

Adverse Action

## SAFERENT® SCORE REPORT

August 23, 2019
3 : 47 PM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| Transaction No: | 0055780893 | Performed By: | VALLEN02 |
| Performed On: | Wednesday July 3, 2019 / 17:18: 9 EST | Property: | 11323 - Anthem House |
| Request ID: | O0N8H0I3 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | MARY LEE HART | SSN: | ***-**-3158 |
| Monthly Income: | $1611 | DOB: | ▓▓▓▓1948 |
| Phone: | 0000000000 | Email: | |
| Current Address: | 600 LIGHT 429, BALTIMORE MD 21230 | Previous Address: | |

### YOUR COMMUNITY'S DECISION

| | |
|---|---|
| Applicant Decision: | DECLINE |
| | Declined - does not presently qualify |

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY. QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY.

### ALERT INFORMATION

Refer to your management company's policy for handling of specific alerts.

### SCORE ATTRIBUTE

If improved, the following items could positively impact this applicant's score.

\*\* Credit

\*\* Application Data

### LEASE INFORMATION

| | | | |
|---|---|---|---|
| Monthly Rent: | $2495 | Security Deposit: | $0 |
| Total Income: | $1611 | Lease Term: | 12 Months |
| Bedrooms: | 1 | Marketing Source: | Bozzuto.com |
| Client Reference: | | Rent/Income: | 100 % |

SafeRent® Score is designed as a useful predictor tool, but is not a guarantee of the future performance of an applicant. WARNING: A person must have permissible purpose under the Fair Credit Reporting Act(FCRA; 15 U.S.C. 1681-1681y) to obtain a consumer report. The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution, including fines and possible imprisonment. A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer, however the FCRA under most instances does not require users to do so. It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic Rental Property Solutions LLC. The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA. More information about consumerreport user's obligations is available at www.ftc.gov/credit.

August 23, 2019
3:47 PM

## EXPERIAN CREDIT REPORT

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Property ID: | 11323 | Phone: | 443-914-2470 |
| Property Name: | Anthem House | Fax: | |
| Request Date: | 07/03/2019 | Request Type: | Credit |
| Request ID: | O0N8H0I3 | Permissible Purpose: | Resident Screening |
| Process Date: | 07/03/2019 17:18:06 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | MARY L HART | Suffix: | |
| Current Address: | 600 LIGHT 429 BALTIMORE, MD 21230 | SSN: | xxx-xx-3158 |
| Drivers License#: | | Drivers License State: | |

### EXPERIAN CREDIT REPORT

```
TNA1 GAM 1952648    HART,MARY L xxxxx3158;CA-600 LIGHT/BALTIMORE MD 21230;
Y-1948;T-29......;U-ANTHEM HOUSE,RR-BOTH1,H-Y;V-07;PARSED;PSUM


PAGE 1   DATE 7-03-2019  TIME 16:18:05  V101  TMD1

MARY L HART                   SS: xxx-xx-3158*    E: ELDERLY CARE AND FOSTE
*401 E 25TH ST                    xxx-xx-3158*    RPTD: 2-04 I
BALTIMORE MD 212185340            xxx-xx-6704*
RPTD: 8-10 TO 12-15 U 3X      DOB:       /48      E: RETIRED
LAST SUB: 1040381                                 RPTD: 7-03 I

*6225 YORK RD APT N313
 BALTIMORE MD 212122695
 RPTD: 7-13 U 1X

*3535 PELHAM AVE FL 2
 BALTIMORE MD 212131901
 RPTD: 7-06 TO 3-08 U


------------------------------- PROFILE SUMMARY ---------------------------------
                                                          CNT 00/00/00/44
PUBLIC RECORDS-------0   PAST DUE AMT----$1,021  INQUIRIES---1  SATIS ACCTS---0
INST/OTH BAL----$1,021   SCH/EST PAY--------$0   INQS/6 MO---0  NOW DEL/DRG---1
R ESTATE BAL--------N/A  R ESTATE PAY-------N/A  TRADELINE---2  WAS DEL/DRG---1
TOT REV BAL--------N/A   TOT REV AVAIL------N/A  PAID ACCT---1  OLD TRADE--2-13

---------------------------------- TRADES ---------------------------------------
SUBSCRIBER                OPEN    AMT-TYP1    AMT-TYP2 ACCTCOND     PYMT STATUS
SUB#  KOB TYP TRM ECOA BALDATE    BALANCE     PYMT LEVEL MOS REV    PYMT HISTORY
ACCOUNT #                LAST PD  MONTH PAY   PAST DUE   MAXIMUM    BY MONTH

*VALLEY CREDIT SERVICE    2-15    $1,021-O                          COLLACCT
 xxxxx64 YC COL  1  1  7-01-19    $1,021       4-15       (52) GGGGGGGGGGGGG
 xxxxx400150                                  $1,021     6-17/G GGGGGGGGGGGG
 ORIGINAL CREDITOR: MEDICAL PAYMENT DATA
 ** ACCOUNT INFORMATION DISPUTED BY CONSUMER **

*VERIZON                  2-13    UNK                    PAID     COLLACCT
 xxxxx30 UT UTI  1  1  7-15-14                 7-14       (13) GGG--G-----GG
 xxxxx5677                7-14
 ** ACCOUNT CLOSED AT CONSUMER'S REQUEST **

-------------------------------- INQUIRIES --------------------------------------
CREDIT ACCEPTANCE       8-20-18  2685010 FA
```

```
END -- EXPERIAN

--- End of Experian Report ---
```

## CRIMSAFE REPORT

August 23, 2019
3 : 47 PM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Property ID:** | 11323 | **Phone:** | 443-914-2470 |
| **Property Name:** | Anthem House | **Fax:** | |
| **Request Date:** | 07/03/2019 | **Request Type:** | CrimSAFE |
| **Request ID:** | O0N8H0I3 | **Permissible Purpose:** | Resident Screening |
| **Process Date:** | 07/05/2019 09:07:29 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | MARY LEE HART | **Suffix:** | |
| **SSN:** | xxx-xx-3158 | **DOB:** | ▇/1948 |
| **Address:** | 600 LIGHT 429<br>BALTIMORE, MD 21230 | | |

### TRANSACTION(s) USED

| Request# | Type | State | County |
|---|---|---|---|
| O0N8H0I6 | STATEWIDE | MD | BALTIMORE CITY |
| O0N8H0I7 | MULTISTATE | MD | ** |
| O0N8H0I8 | STATEWIDE | DC | |
| | MSSO | | |

### CRIMSAFE RESULT

BASED UPON YOUR COMMUNITY CRIMSAFE SETTINGS AND THE RESULTS OF THIS SEARCH, NO DISQUALIFYING RECORDS WERE FOUND.

---

NOTE: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. A public record has been found with elements matching the information presented by your applicant. However, it is your sole responsibility to compare these elements and/or to obtain additional verification of the information provided. THOUGH THE INFORMATION AS TO THE SUBJECT OF THE INVESTIGATION CONTAINED IN THIS REPORT IS ACCURATELY COPIED FROM PUBLIC RECORDS, THIS REPORT DOES NOT GUARANTEE THE ACCURACY, TRUTHFULNESS OR COMPLETENESS OF THE INFORMATION AS TO THE SUBJECT OF THE INVESTIGATION, AND INFORMATION GENERATED AS A RESULT OF IDENTITY THEFT, INCLUDING EVIDENCE OF CRIMINAL ACTIVITY, MAY BE INACCURATELY ASSOCIATED WITH THE CONSUMER WHO IS THE SUBJECT OF THE REPORT. Remember, you must comply with your obligations under the federal Fair Credit Reporting Act, your Service Agreement, and the other applicable federal, state and local laws.

REGISTRYCHECK REPORT

August 23, 2019
3 : 47 PM

## REPORT INFORMATION SECTION

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Property ID:** | 11323 | **Phone:** | 443-914-2470 |
| **Property Name:** | Anthem House | **Fax:** | |
| **Request Date:** | 07/03/2019 | **Request Type:** | Landlord Tenant |
| **Request ID:** | O0N8H0I3 | **Permissible Purpose:** | Resident Screening |
| **Process Date:** | 07/03/2019 17:18:06 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | MARY L HART | **Suffix:** | |
| **Current Address:** | 600 LIGHT 429<br>BALTIMORE, MD 21230 | **SSN:** | xxx-xx-3158 |

### REPORT SUMMARY

| | | | |
|---|---|---|---|
| **Report ID:** | 0055780893 | **Status:** | Completed |

### COURT RECORDS ON FILE

No Court Records Found

### ADDITIONAL INFORMATION FOR VERIFICATION

LANDLORD AT 600 LIGHT IS CHRIST CHRUSCH HURBOR APART

Screened BY AppALERT(SM)

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA IMPOSES PENALTIES AGAINST ANYONE WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES, INCLUDING FINES, UP TO TWO YEARS IN PRISON OR BOTH. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT YOU FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER. IT IS RECOMMENDED THAT YOU REFER ALL INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CORELOGIC RENTAL PROPERTY SOLUTIONS LLC CONSUMER REQUEST LINE AT 1-888-333-2413.

Mary Hart

## ADVERSE ACTION LETTER

Dear Mary Hart, xxx-xx-3158

Thank you for your recent application to: Anthem House

At this time we are unable to approve your application.

This adverse action has been taken in accordance with the requirements of the federal Fair Credit Reporting Act, 15 U.S.C. 1681m(a).

This decision was based on:

[ X ] Information contained in consumer report(s) obtained from or through CoreLogic® Rental Property Solutions LLC, which may include credit or consumer information from one or more credit bureaus or consumer reporting agencies.

    CoreLogic® Rental Property Solutions LLC can be reached at: Consumer Relations P.O. Box 509124 San Diego, CA 92150. By phone: (888) 333-2413.

[ ] Information obtained from a source other than a consumer reporting agency. **(You have the right to disclosure of the nature of this information, upon your furnishing proper identification, if you make a written request to us within 60 days of receiving this letter.)**

[ ] Other: _____

In evaluating your application, information obtained from or through CoreLogic® Rental Property Solutions LLC, which may include credit information or consumer information from one or more of the credit bureaus or consumer reporting agencies, may have influenced our decision in whole or in part. These consumer-reporting agencies and/or credit bureaus did not make the decision to take adverse action and are unable to provide specific reasons why adverse action was taken.

YOU HAVE CERTAIN RIGHTS UNDER FEDERAL AND STATE LAW WITH RESPECT TO YOUR CONSUMER REPORT. IF ANY PERSON TAKES ADVERSE ACTION BASED IN WHOLE OR IN PART ON ANY INFORMATION CONTAINED IN A CONSUMER REPORT OR CREDIT REPORT, YOU HAVE THE RIGHT TO A DISCLOSURE OF THE INFORMATION IN YOUR CONSUMER FILE FROM THE AGENCY THAT PROVIDED SUCH INFORMATION, IF YOU MAKE A WRITTEN REQUEST TO THEM AND UPON YOUR PROPER IDENTIFICATION WITHIN 60 DAYS OF RECEIVING THIS DENIAL. THE FEDERAL FAIR CREDIT REPORTING ACT ALSO PROVIDES THAT YOU ARE ENTITLED TO OBTAIN FROM ANY NATIONWIDE CREDIT REPORTING AGENCY OR CREDIT BUREAU A FREE COPY OF YOUR REPORT IN ANY TWELVE MONTH PERIOD. YOU HAVE THE RIGHT TO DIRECTLY DISPUTE WITH THE CONSUMER REPORTING AGENCY AND/OR CREDIT BUREAU THE ACCURACY AND COMPLETENESS OF ANY INFORMATION FURNISHED BY THAT AGENCY OR BUREAU AND TO PROVIDE A CONSUMER STATEMENT DESCRIBING YOUR POSITION IF YOU DISPUTE THE INFORMATION IN YOUR CONSUMER FILE. IF YOU BELIEVE THE INFORMATION IN YOUR CONSUMER FILE IS INACCURATE OR INCOMPLETE, YOU MAY CALL CORELOGIC® RENTAL PROPERTY SOLUTIONS LLC CONSUMER RELATIONS DEPARTMENT AT (888) 333-2413. CORELOGIC® RENTAL PROPERTY SOLUTIONS LLC WILL INITIATE THE REINVESTIGATION OF ANY DISPUTED INFORMATION OBTAINED THROUGH THEM AND WILL REINVESTIGATE ANY DISPUTED INFORMATION OBTAINED FROM THEIR DATABASE.

